UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JULIEN RENE,
              Defendant.

------------------------------------------------------------x

**ORDER**

16 CR 785-4 (VB)

**A status conference in this VOSR matter is scheduled for June 14, 2021 at 11:00 a.m.**

Because of the current public health emergency, the Court will conduct this conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

At the initial appearance on May 24, 2021, defendant waived his right to be physically present at the June 14, 2021 conference, and consented to appear by telephone.

Accordingly, it is HEREBY ORDERED that:

1.    At the time of the scheduled conference, all counsel and the defendant shall attend by calling the following number and entering the access code when requested:

**Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**

**Access Code: 1703567**

Dated: May 24, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge