UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JULIEN RENE,
                Defendant.
--------------------------------------------------------------x

**ORDER**

16 CR 785-4 (VB)

      **A status conference in this VOSR matter is scheduled for <u>July 29, 2021 at 11:00 a.m.</u>**

      Because of the current public health emergency, the Court will conduct this conference by telephone conference call, provided that the defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

      Accordingly, it is HEREBY ORDERED that:

      1.    By <u>**July 22, 2021**</u>, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

      2.    At the time of the scheduled conference, all counsel and the defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

      **Access Code: 1703567**

Dated: June 14, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge