UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Julien Rene,

            Defendant.

-------------------------------------------------------x

ORDER

Docket No. 21 CR 00477 (KMK)
16 CR 00785 (KMK)

KARAS, U.S. DISTRICT JUDGE:

John S. Wallenstein, Esq., is to assume representation of the defendant in the above captioned matter as of August 11, 2025. Mr. Wallenstein is appointed pursuant to the Criminal Justice Act. His address John S. Wallenstein, Esq., Law Offices of John S. Wallenstein, 1100 Franklin Avenue, Garden City, NY 11530, (516) 742-5600, Email: JSWallensteinEsq@outlook.com

Stephen R. Lewis is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       August 25, 2025