UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JULIEN RENE,

             Defendant.

Nos. 21-cr-477 (KMK); 16-cr-785 (KMK)

[PROPOSED] ORDER

---

Kenneth M. Karas, U.S. District Judge:

    As additional conditions of supervised release, the Court hereby orders:

1. That Mr. Rene, as soon as reasonably possible, enroll in and complete the inpatient substance abuse treatment program sponsored by the Bronx Addiction Treatment Center. If the Bronx Addiction Treatment Center is unable to enroll Mr. Rene in inpatient treatment by or before September 26, 2025, Mr. Rene must promptly alert the United States Probation Office, which may, in its discretion, direct him to enroll instead in a comparable alternative inpatient substance abuse treatment program. Any such inpatient substance abuse treatment program may include testing to determine whether Mr. Rene has reverted to using drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance use disorder treatment provider.

2. That Mr. Rene, immediately following his successful completion of an inpatient substance abuse treatment program, enroll in and successfully complete the "day rehab" outpatient substance abuse treatment program sponsored by the Lexington

Center for Recovery. If the Lexington Center for Recovery is unable to enroll Mr. Rene in its "day rehab" program immediately upon his completion of an inpatient substance abuse treatment program, Mr. Rene must promptly alert the United States Probation Office, which may, in its discretion, direct him to enroll instead in a comparable alternative outpatient substance abuse treatment program. Any such outpatient substance abuse treatment program may include testing to determine whether Mr. Rene has reverted to using drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance use disorder treatment provider.

SO ORDERED.

Dated:     September 16, 2025
           White Plains, New York

_____
Kenneth M. Karas
U.S. District Judge